No. 47. H. L. KAHN, TRUSTEE, APPELLANT, *v.* CONE EXPORT

AND COMMISSION COMPANY. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. October 26, 1903. Dismissed with costs per stipulation. *Mr. W. H. Robeson* and *Mr. Charles D. Hill* for appellant.. *Mr. Alex. C. King* for appellee.

